# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148487

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

NATALIE ERNESTINE FOSTER,
     Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148487
COA: 309365
Wayne CC: 10-011337-FH

_____/

On order of the Court, the application for leave to appeal the November 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

t0421